UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re:

                              Chapter 13

ROBERT W. FLOHR and
MARY C. FLOHR,                   Case No. 8-24-70760 (REG)

                  Debtors.
------------------------------------------------------x

## ORDER AVOIDING JUDICIAL LIENS

Upon the motion (the "**Motion**") of Robert W. Flohr and Mary C. Flohr (the "**Debtors**"), the debtors in the above-captioned chapter 13 bankruptcy case, pursuant to 11 U.S.C. § 522(f), Rules 4003(d) and 9014 of the Federal Rules of Bankruptcy Procedure and Rule 9013-1(g) of the E.D.N.Y. Local Bankruptcy Rules, avoiding certain judicial liens (the "**Judicial Liens**") against the Debtors' real property located at 644 Ardsley Boulevard, Garden City, NY 11530 as impairing the Debtors' exemption pursuant to 11 U.S.C. § 522(b)(3)(B) and applicable New York law; and the declaration in support of the Motion, dated May 3, 2024 (the "**Declaration**"), of Moshie Solomon, Esq., attorney for the Debtors; and the exhibits annexed to the Declaration; and it appearing that the relief requested by the Motion is appropriate and warranted under the circumstances set forth in the Declaration; and this Court having considered the Motion, the Declaration and the exhibits attached to the Declaration; and no objections having been filed with respect to the relief requested by the Motion; and the Court having found and determined that each of the respective Judicial Liens sought to be avoided by the Motion impair the Debtors' homestead exemptions in accordance with 11 U.S.C. § 522(f)(1); and after due deliberation and there appearing to be sufficient cause to grant the relief requested; it is hereby

ORDERED that pursuant to 11 U.S.C. § 522(f)(1)(A), the Motion is granted to the extent provided herein; and it is further

ORDERED that each of the following judicial liens docketed and recorded in the Office of the Nassau County Clerk, State of New York, held by the named creditors shall be vacated, expunged, and avoided, and shall no longer remain a lien of record against the Property:

| Judicial Lien Creditor | Defendant | Date Docketed | Amount |
| --- | --- | --- | --- |
| Midland Funding LLC | Robert W. Flohr | 1/27/2021 | $2,324.28 |
| Bank of America, N.A. | Robert W. Flohr | 6/3/2019 | $8,521.62 |
| Capital One Bank USA, NA | Robert W. Flohr | 6/12/2019 | $10,579.19 |
| Bank of America, NA | Mary C. Flohr | 6/20/2019 | $15,859.49 |

and it is further

ORDERED that the Clerk of Nassau County is hereby directed to index and record a certified copy of this Order as an instrument vacating, expunging and avoiding the aforementioned Judicial Liens in their entirety against the Debtors' real property located at 644 Ardsley Boulevard, Garden City, NY 11530;

ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.



Dated: Central Islip, New York
June 26, 2024

Robert E. Grossman
United States Bankruptcy Judge